IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Patrick M. Zimmer, Plaintiff,

v.

Trinity Foodservice, Defendant,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 31 2022
JEFFREY P. COLWELL
CLERK

On or about 8/5/22 Mr. Zimmer used the electronic kiosk to kite Trinity Foodservice located at 2739 East Las Vegas Street inside the CJC facility to request indigent supplies that contain indigent mail supplies such as a pen, envelopes, and paper. Trinity refused even though Mr. Zimmer is indigent with an account balance of $0.06.

On or about 8/8/22 the Defendant Refused indigent mailing supplies violating Mr. Zimmer's Fourteenth Amendment Right by cutting off Mr. Zimmer's ability to communicate with the United States District Courts

Mr. Zimmer, a natural born citizen of the United States of America, is suing Directly Under the United States Constitution for Violations of Constitutionally Protected Rights.

Signed: [signature]        Date: 8/10/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Patrick M. Zimmer, Plaintiff,

v.

Trinity Foodservice, Defendant,

Mr. Zimmer files this action pursuant to Original Jurisdiction.

Signed: [signature]      Date: 8/10/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Patrick M. Zimmer, Plaintiff,

v.

Trinity Foodservice, Defendant,

Mr. Zimmer requests relief for claims against the Defendant:

Twenty-Five Million Dollars (U.S.D.) Respondeat Superior, Mr. Zimmer invokes sanctions pursuant to 18 U.S.C. 241, and, 242.

Signed: [signature]    Date: 8/10/22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Patrick M. Zimmer, Plaintiff,

v.

Trinity FoodService, Defendant,

Mr. Zimmer moves the court for summary judgment for sum certain:

On or about 8/8/22, the Defendant Denied Mr. Zimmer indigent mailing supplies.

Signed: [signature]       Date: 8/10/22

3:46 PM 8/5/22 → Trinity Commissary   Case No.: 495099

"I'd like to put in an order for an indigent pack."

— Reply —

10:17 AM 8/8/22

"You placed an order for commissary on 7/30/22. You have to be without money for 14 days. You cant order an indigent pack until after 8/13/22."